**IN THE UNITED STATES DISTRICT COURT**
**FOR THE            DISTRICT OF**

Charles Ray BridgeForth )
Federal Medical Center, Butner )
PO. Box 1600 )
Butner, NC 27509 )

**Plaintiff/Petitioner(s);**

CV No. 08    3838

**FILED**

08 AUG 11 PH 4:

(To be supplied by the Clerk)

**E-filing**

)
)
)
-vs- )
)
)
_____ )
_____ )
_____ )
_____ )
_____ )

**Defendant/Respondent(s).**

☒ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983
(State Prisoner)

☒ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

**(PR)**

**JF**

I.    **JURISDICTION**

A.    Plaintiff's mailing address and/or register number and present place of confinement.
Charles Ray BridgeForth #57587-097 FMC Butner
PO Box 1600 Butner, NC 27509

B.    Defendant K.M. White _____ is employed as
(Name of First Defendant)
BOP Regional Director
(Position/Title)
with Western Division _____
(Employer's Name and Address)
7950 Dublin Boulevard 3rd Floor Dublin, Ca 94568

C.    At the time the claim(s) alleged in this complaint arose, was the defendant employed
by the state, local or federal government?

Yes ☒       No ( )

If your answer is "yes", briefly explain:
Goverment hearing and investigations Confirmed That
Serious Problems existed, As US. Counsel scott Bloch stated.
Mr K.M. White was aware of the Risks of serious harm
to inmate workers in UNICOR.

~ 1 ~

D.    Defendant's **Steve Schwalb** _____ is employed as
(Name of First Defendant)

**Chief Operating Officer for UNICOR**
(Position/Title)

with **UNICOR Regional Office Washington DC.**
(Employer's Name and Address)

**UNICOR Prision Industries Regional Office**
**Washington DC**

E.    At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)            No ( )

If your answer is "yes", briefly explain:

**He was knowingly aware of UNICORS Non-Compliance With OSHA and EPA Standards, and was made aware of Conditions by Special Counsel, and the Whistle blower Leroy Smith, health and safty Manager**

F.    Using the outline of the form provided, include the above information for any additional defendant(s).

**Factory Manager's Thomas Stanley & Aaron Aragon.**
**AW Warden for UNICOR, Rec. and Education, Richard Luna**
**Warden at USP Atwater FR: 2005-2007 (John Doe)**
**General Manager (UNICOR Recycling) Larry Novicky**
**Marketing                                  Varney Smith**
**General Counsel (UNICOR)      Marianne Cartwell**
**UNICOR                                      John Does 1-6**
**BOP                                            John Does 7-14**

## II.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( )            No (X)

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) Failure to comply with this provisions may result in summary denial of your complaint.

**N/A**

1.   Parties to previous lawsuits:

Plaintiff(s) __NA__

Defendant(s) __NA__

2.   Court (if Federal Court, name the District; if State Court, name the County)

3.   Docket number __NA__

4.   Name of Judge to whom case was assigned __NA__

5.   Type of case (for example:  Was it a Habeas Corpus or Civil Rights action?

6.   Disposition of case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?) _____

7.   Approximate date of filing lawsuit __NA__

8.   Approximate date of disposition __NA__

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? _____

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure.  Yes (X)  No ( )

C.   If your answer is "yes",

1.   What steps did you take? __BPS 8, 9, 10 & 11 and Tort Claim.__

2.   What was the result? __Denied__

D.   If your answer is "no", explain why not. __NA__

E.   If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )   No ( )

F.     If your answer is "yes",

    1.    What steps did you take? _____

           _____

           _____

    2.    What was the result? _____

           _____

           _____

G.     If your answer is "no", explain why not. _____

        _____

        _____

H.     Attach copies of your request for an administrative remedy and the response(s) you received.  If you cannot do so, explain why not:

        _____

        _____

        _____

## IV.    STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.  Additionally, attach any relevant, supporting documentation.

DEFENDANTS, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION BY BEING DELIBERATLY INDIFFERENT TO HIS HEALTH AND SAFTY, BY CONSCIOUSLY, RECKLESSLY, MALICIOUSLY, AND INTENTIONALLY, FAILING TO RENDER CONDITIONS OF CONFINEMENT, SAFE WORK INVIORMENT, THAT MEETS OSHA AND EPA MINNIUM STANDARDS. HAVING KNOWLEDGE OF, AND CONTRIBUTING TO THE PLAINTIEFS HARMFUL CONDITIONS. (CANCER)

THE PLAINTIFF WAS EXPOSED TO CARSINOGENICS AND CONTACTED SQUALOUS CELL CARDINOME CANCER. HE WAS IN THE CARE AND CUSTODY OF THE UNITED STATES BUREAU OF PRISONS (BOP), WHILE WORKING IN UNICOR RECYCLING PLAINTIFF WAS EXPOSED TO HAZARDOUS MATERIALS, (LEAD, MERCUY, POLYVINYCHLORIDE (PVC), AND CADMIUM. THE PLAINTIFF MANTAINS THAT HE HAS A RIGHT PROTECTED BY THE EIGHTH AMENDMENT OF THE CONSTITUTION TO PROPER CONDITIONS OF CONFINEMENT THAT MEETS OSHA AND EPA MINIMUM REQUIREMENTS, PLAINTIFF ALSO HAS A RIGHT

TO NOT BE SUBJECTED TO CRULE AND UNUSUAL PUNISHMENT. UNICOR REPEATEDLY FAILED TO PROVIDE PROPER RECYCLING PROCEDURES TO WORKERS AND STAFF. THE ASSISTANT SAFTY ADMINISTRATOR FOR THE BOP, THE ▓▓▓▓▓▓▓▓▓▓▓, THE WARDEN AND ASSOCIATE WARDENS, OF ATWATER AND UNICOR, THE FACTORY MANAGERS, ALL KNEW THERE WAS A RISK OF EXPOSURE TO CARCINOG-ENICS, AND ALL NAMED AS DEFENDANTS HEREIN, VIOLATED PLAINTIFFS EIGHTH AMENDMENTS IN THEIR DELIBERATE INDIFFERENCE TO PLAINTIFFS SAFTY AND WELFARE.

BOP Admitted IN A 2005 REPORT THAT PRISONERS AND STAFF IN AT LEAST THREE UNICARS RECYCLING FACTORIES - ELKton OHIO, TEXARKANA TX, AND ATWATER CAIF. WERE EXPOSED TO TOXICS. THE U.S OFFICE OF SPECIAL COUNSEL LATER declared BOP'S INQUIRY " CoURSORY AT BEST" AND RECOMMENDED AN INDEPENDANT INVESTIGATION.

## V.    REQUEST FOR RELIEF

State exactly what you want the Court to do for you.  If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

*"SEE ATTACHMENT"*

_____
Signature of attorney, if any

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this 28 day of JULY

*Charles Bradenforth*
Signature of Plaintiff

## F. REQUEST FOR RELIEF

That The Courts Issue A declatory Judgement declaring that defendants, Individually and in Their official Capacity, have Violated Plaintiffs Constitutional Rights Under the Eighth and Fourteenth Amendment to the United States Constitution.

That the defendants, Individually, and Separtely Pay for future medical Costs in the Amount of $ 250,000.00 Each.

That the defendants individually and Separtely Pay the Plaintiff Punitive damages for Past Pain and Suffering of $ 400,000.00 and for future Pain and Suffering of $ 450,000,00 . Each.

That the defendants individually, and Separately Pay to Plaintiff Conpensatory damages in The Amount of $ 100,000.00 Each.

That the defendants individually, and Separtely Pay Plaintiff for loss Wages, Past, Present, and future in the Amount of $ 50,000.00 Each.

That the defendants individually and Separatly Pay all Court Cost, Filling Fees and all attorneys Fees of This Action.

That the defendants individually and Seperately Pay to Plaintiff Pecuniary Compensation or Other Relief that the Court deems Just and Proper, and that Plaintiff has Shown he is entitled to.

## ADMINISTRATIVE REMEDY REGIONAL APPEAL
### PART B - RESPONSE

Date Filed: February 11, 2008          Remedy I.D. No: 476086-R2

You appeal the Warden's response to your Request for
Administrative Remedy. You request certain documents be provided
to you for review.

A review of your claim indicates that you request disclosure of
certain documents. You may wish to file a formal Freedom of
Information Act request with the Office of General Counsel,
Federal Bureau of Prisons, 320 First Street, N.W., Washington,
D.C. 20534.

Your appeal of the Warden's response is denied. If you are
dissatisfied with this response, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534. Your appeal must be received in the
General Counsel's Office within thirty (30) days from the date of
this response.

FEB 1 9 2008
_____
Date

K. M. White,
Regional Director

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

RECEIVED
12-4-07

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Bridgeforth CHarles R.**   **57587-091**   **4-D**   **FMC Butler**
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT           INSTITUTION

**Part A– INMATE REQUEST**

( See Attatched )

_12-4-07_
DATE

_charles Bridgeforth_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: **476086-F1**

---

**Part C– RECEIPT**                         CASE NUMBER: **476086-F1**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_12-14-07_                      _D. Adcock_
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                       BP–229(13)
                                                             APRIL 1982

**Administrative Remedy Number 476086-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy in which you appeal the Warden and Regional Director's responses to your remedy.  You request certain documents be provided for your review.

As noted in your response from the Regional Director, you requested disclosure of certain documents.  You may request access to the document by forwarding your request to the Bureau of Prison's Freedom of Information Act (FOIA) Office at 320 First Street NW, Washington, DC., 20534.

This response is provided for informational purposes only.

_April 16, 2008_
Date

_for Helia W. Reis_
Harrell Watts, Administrator
National Inmate Appeals

Received by I/m on 05/17/08
J. Payne

FCC 1330.13C
05/10/04
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

Bureau of Prisons Program Statement 1330.13, dated 12/22/95, Administrative Remedy Program, requires that "inmates shall informally present their complaints to staff and staff attempt to informally resolve an issue before an inmate files a "Request for Administrative Remedy". The staff member must try to resolve the issue informally before the inmate will be given a "Request for Administrative Remedy" form.
*************************************************************************************************

To be completed by the Counselor:

Inmate's Name _Bridgeforth_   Reg # _57587.097_ Date _11.20.07_    _/ / /_

Date and time given to inmate: _11-20.07_    _10¹⁵_

*************************************************************************************************

To be completed by the Inmate:

1. Nature of Problem:

   _See  Attached_

2. State what action or resolution you expect.  Be specific.

   _Attached_

*************************************************************************************************

To be completed by the Counselor:

1. Date & Time received from inmate: _11-20.07_    _10³⁰_

2. Summary of Investigation: _Because you are requesting compensation for lost unicor wages, I am unable to pursue an informal resolution on a BP-8._

3. Actions staff members have taken to resolve the matter informally:

*************************************************************************************************

Counselor to check applicable section:

(  ) Problem informally resolved on _____ /

(  ) Problem not resolved.  Continue formal procedure.
      Explanation for Non-Resolution:

_____

_____

*************************************************************************************************

Date: _11.20.07_       Counselor's Signature: _Shakel_

Date: _11-20.07_       Unit Manager's Signature: _Shakel acting um_

Date: _____       Inmate's Signature: _____

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Bridgeforth Charles R.      57587-097      4-D      FMC Butner
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

I Ask for three things of resolution. I was denied
in Part And ignored in Part. I was denied the documents
that Are Public Property. They ignored my Question Asking
the BOP's OPinion if Toxic Exposure At Atwater U.S.P. could
have caused my Cancer, And to receive An equivalent
of my Unicor wages during Cancer Treatment.
Bureau of Prisons, report to the office of Special Counsel 6/13/05
Federal Prisons Admit Toxic Exposure of Staff & Inmates 8/24/05
http://www.peer.org/news/news_id.PhP?row_id=580

3-3-08                        Charles Bridgeforth
DATE                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____      _____
DATE                         GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____      ✪      _____
DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**FCC Butner**

**Request for Administrative Remedy**
**Part B - Response**

**Admin Remedy Number:** 476086-F1

This is in response to your Request for Administrative Remedy received on December 14, 2008, in which you request times and dates of all air quality test done at USP Atwarter.

We have reviewed your request and it has been determined that the Administrative Remedy Program does not provide information of this nature. You may request this information through the Freedom of Information Act in the Western Region.

Based on the above information, your Request for Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701. Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.

_1-10-08_
Date

A. F. Beeler, Complex Warden



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, California 95219_

JUL 14 2008

**VIA CERTIFIED MAIL**

Charles Bridgeforth
Reg. No. 57587-097
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RE:     Administrative Claim No. TRT-WXR-2008-04450

Dear Mr. Bridgeforth:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $1,500,000.00 in compensation for alleged personal injury as a result of events occurring from the United States Penitentiary, Atwater, California, on and after May 2, 2005.

Upon review of the administrative claim, it appears your sole means of redress for a work-related injury is through the Inmate Accident Compensation System. Inmate Accident Compensation System as authorized by 18 U.S.C.§ 4126, reimburses inmates who are injured in accidents in the institution while they are performing work duties as long as there is a resulting physical impairment existing at the time of their release from incarceration.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of this mailing of this letter via certified mail within which to bring suit in the appropriate United States Court.

Sincerely,

_Harlan W. Penn_

HARLAN W. PENN
Regional Counsel

cc: Warden
    USP, Atwater

HWP/jmv

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Bridgeforth Charles R._ _____ _57587-097_ _____ _4-D_ _____ _FMC Butner_
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

IF I WAS in good health And oF Sound mind, I might be able to Pursue other Avenues For understanding And relieF. The Administrative remedy Process is All that's AvAilable to Federal Prisoners. The Prison litigation reform Act directs me to the Administrative Remedy Process.

Please help me by Answering My resolution request. (See Attached)

_2-6-08_
DATE

_Charles Bridgeforth_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

REGIONAL DIRECTOR

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _476086__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

---

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, California 95219_

May 22, 2008

Charles Bridgeforth
Reg. No. 57587-097
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RE:    Administrative Claim No. TRT-WXR-2008-04450

Dear Mr. Bridgeforth:

Enclosed is the Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671, et seq.

In your claim you seek compensation for alleged personal injury. Your claim has not been accepted for filing. Please provide us with more specific information surrounding the events of the alleged personal injury and how you were exposed. Also, on what date were you diagnosed with cancer.

You may resubmit your claim with the requested information at which time we will again review the materials for acceptance and processing. Please refer to the claim number referenced above in all future correspondence and advise this office of any change of an address.

Sincerely,

Harlan W. Penn

HARLAN W. PENN
Regional Counsel

HWP/jmv

June 7, 2008

Harlan W. Penn
Regional Counsel
Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

RE. Administrative Claim no:
    TRT-WXR-2008-04450

Dear Mr. Penn

　　　You've ask for more information
surrounding the events of my personal
injury and how I was exposed.
　　　I went to work in Unicor on
5-2-2005. I was assigned to Produc-
tion 3. My Job was dismantling elec-
tronics, Computers, VCR's, mices,
Circuit boards, Monitors, Central
Processing Units (CPU).
　　　I was transferred to Production
1 on the 26th of May. The work was
basically the same. I was locked in
a large cage with about 30 other inmates.
Sometimes I was issued paper masks
and gloves and coveralls. Sometimes
gloves and masks were not available.
　　　The air quality was bad. I would
breath in the black dust until I would

**SICK CALL APPOINTMENT NOT ACCEPTED WITHOUT ID**

# INMATE SICK CALL SIGN-UP SHEET
### (Formulario y Registro para Atencion Medica de Confinados)

Staff member will complete this section if inmate is unable to read or write.

INSTRUCTIONS (Instrucciones):

You must fill out this form completely, numbers 1-11.   (Debe de llenar este formulario completamente, numeros 1-11.)

1. Date (Fecha) _Sun 28_   2. Unit (Unidad) _6-B_   3. Work (Trabajo) _unicor_

4. Register Number (Numero de Registro) _57587097_

5. Print Name ( Nombre) _CHARLES BRIDGEFORTH_

6. Complaint (Queja), What is your problem? ( Cual es su problema?) _I've got a real swollen throats and can't Harley talk. it Hurts one Bad._

7. History of medical problems (Historial de problemas medicos: _Old, in health age 68 wore out._

- ☐ diabetes (diabetes)
- ☐ hypertension (hipertension)
- ☐ cardiac disease (enfermedad cardiaca)
- ☐ immunocompromised (inmunocomprometido)
- ☐ asthma (asma)

8 History of mental health problems (Historial de problemas mentales): yes (si)_____   no (no) _none_

How long have you had this problem? ( Durante cuanto tiempo ha tenido este problema?)

_6_ Days (Dias)   _none_ Months (Meses)   _none_ Years (An*os)

10. Are you on any medication(s) at present? ( Esta usted tomando alguna(s) medicinas actualmente?) _no need some_

11. Signature (Firma) _Charles Bridgeforth_

---

**TO BE FILLED OUT BY TRIAGE PERSONNEL:**

12.  Date Seen:_____   13. Time Seen: _____

14.  Subjective: _____

_____

Objective:   Temperature:_____   Pulse:_____   Respiration :_____   B/P:_____
If diabetic, blood sugar via fingerstick: _____   [Weight: _____ ]

16.  Notes:_____

_____

_____

17.  Appointment date: _____   Appointment time :_____
18.  Appointment with (Provider's name) : _____

Triage personnel's signature : _____

JAN 2 9 2007

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | **FORM APPROVED OMB NO.** 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Regional Counsel Western Regional Office 7950 Dublin Boulevard, 3rd Floor Dublin, California 94568 | Charles R. Bridgeforth 57587-097 FMC Butner P.O. Box 1600 Butner, NC. 27509 |

| 3. TYPE OF EMPLOYMENT MILITARY (CIVILIAN) | 4. DATE OF BIRTH 12-30-38 | 5. MARITAL STATUS No | 6. DATE AND DAY OF ACCIDENT 10-4-03    DA | 7. TIME (A.M. OR P.M.) AM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

(See Attached)

---

**PROPERTY DAMAGE**

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT(Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

N/A

---

**PERSONAL INJURY/WRONGFUL DEATH**

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Squamous Cell carcinoma in the neck which seems to have originated in the right larynx. Tracheostomy.

---

**WITNESSES**

| 11. NAME | ADDRESS(Number, street, city, State, and Zip Code) |
|---|---|
| (See Attached) | |

---

**AMOUNT OF CLAIM (in dollars)**

| 12. (See instructions on reverse) 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $1,000,000.00 | N/A | 1,500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Charles Bridgeforth | 13b. Phone number of signatory | 14. DATE OF CLAIM 5-8-08 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States.   (See 18 U.S.C.A. 287.) |
|---|---|

95-108
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

### Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

   Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

   The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.
   If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

   The amount claimed should be substantiated by competent evidence as follows:
   (a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

   (b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

   (c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

   (d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch          and to the
  Civil Division               Office of Management and Budget
  U.S. Department of Justice       Paperwork Reduction Project (1105-0008)
  Washington, DC 20530         Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance?    Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.    No |
|---|
| N/A |

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| N/A | N/A |

| 18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*) |
|---|
| N/A |

| 19. Do you carry public liability and property damage insurance?    Yes, if yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)    No |
|---|
| no |

**\* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175**

SF 95 (Rev. 7-85) BACK

8. BASIS OF Claim

I Charles R. Bridgeforth was trans-ferred from Federal Prison in Louisiana to Federal Prison Atwater California. I was in good health at the time of transfer. (4-11-2003)

While at Atwater U.S.P. I was exposed to levels of toxics contamination. The test Leroy Smith (UNICOR safety Manager) conducted found lead and cadmium levels in excess of Occupational Safety and Health Administration (OSHA) standards. Between June 2002 and June 2003 the Atwater Facility Failed at least six air quality test. One test was conducted by a hygienist from the BOP national Office.

The condition of Confinement at U.S.P. Atwater California posed a substantial risk of serious harm. I have been exposed to hazardous materials. (Carcinogenics) lead Mercuy, Polyvinulchloride (PVC) and Cadmium.

I have cancer because of this exposure. I have suffered irreparable damage to my body, voic box, lungs, throat and right shoulder. I suffer from enormous pain, loss of appetite, my breathing has to be done by a tube in my throat. I have lost wages, past, present and future. My life expectancy has been shortened by at least 10 years.

All of this because the BOP put Money ahead of health and welfare.

# Witnesses

1) Leroy Smith            BoP Employe
2) Scot J. Bloch          Special Counsel
3) Phil Rodriguez         Unicor Employe
4) Charlie Carter         Prison Guard
5) Jeff Ruch              Director of Public
                          Empolyees for
                          Environmental Responsibility
6) Jose Luis Buenrostoo   # 08589-097
                          * Atwater C.A.
7) Jame Stigar            : 24863-086
                          Atwater   C.A.
8) Randy L Kaylor         05850-028
                          FMC Butner
                          (Marieanna, Fl)

9) Charles Carter         Elkton, OH. FCI

10) Freda Cobb            Marianna, Fla. FCI
                          Staff who was Offected

```
   BUHE9   531.01  *          INMATE HISTORY        *      11-01-2007
   PAGE 001          *          WRK DETAIL            *      08:21:38

   REG NO..: 57587-097 NAME....: BRIDGEFORTH, CHARLES RAY
   CATEGORY: WRK      FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| BUH | UNASSIGNED | NO WORK ASSIGNMENT | 09-28-2007 1433 | CURRENT |
| BUH | UNASSIGNED | NO WORK ASSIGNMENT | 08-09-2007 1749 | 09-28-2007 1220 |
| BUH | UNASSIGNED | NO WORK ASSIGNMENT | 08-07-2007 1408 | 08-09-2007 1008 |
| BUH | UNASSIGNED | NO WORK ASSIGNMENT | 04-20-2007 2147 | 08-07-2007 1128 |
| BUH | UNASSIGNED | NO WORK ASSIGNMENT | 04-15-2007 0850 | 04-19-2007 0735 |
| BUH | A&O | A&O | 04-11-2007 0945 | 04-15-2007 0850 |
| BUH | A&O | A&O | 04-03-2007 1534 | 04-11-2007 0713 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 03-16-2007 0906 | 04-03-2007 0340 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 03-05-2007 0916 | 03-16-2007 0823 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 08-15-2006 0002 | 03-05-2007 0753 |
| ATW | HOLY DAY | HOLY DAY | 08-14-2006 0002 | 08-15-2006 0002 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 07-10-2006 0001 | 08-14-2006 0002 |
| ATW | VACATION | VACATION | 07-03-2006 0001 | 07-10-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 05-20-2006 0001 | 07-03-2006 0001 |
| ATW | VACATION | VACATION | 05-19-2006 0001 | 05-20-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 05-13-2006 0001 | 05-19-2006 0001 |
| ATW | VACATION | VACATION | 05-12-2006 0001 | 05-13-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 05-06-2006 0001 | 05-12-2006 0001 |
| ATW | VACATION | VACATION | 05-05-2006 0001 | 05-06-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 04-29-2006 0001 | 05-05-2006 0001 |
| ATW | VACATION | VACATION | 04-28-2006 0001 | 04-29-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 04-22-2006 0001 | 04-28-2006 0001 |
| ATW | VACATION | VACATION | 04-21-2006 0001 | 04-22-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 04-15-2006 0001 | 04-21-2006 0001 |
| ATW | VACATION | VACATION | 04-14-2006 0001 | 04-15-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 04-08-2006 0001 | 04-14-2006 0001 |
| ATW | VACATION | VACATION | 04-07-2006 0001 | 04-08-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 04-01-2006 0001 | 04-07-2006 0001 |
| ATW | VACATION | VACATION | 03-31-2006 0001 | 04-01-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 03-25-2006 0001 | 03-31-2006 0001 |
| ATW | VACATION | VACATION | 03-24-2006 0001 | 03-25-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 03-18-2006 0001 | 03-24-2006 0001 |
| ATW | VACATION | VACATION | 03-17-2006 0001 | 03-18-2006 0001 |
| ATW | IND PROD 1 | UNICOR PRODUCTION 1 | 05-26-2005 0001 | 03-17-2006 0001 |
| ATW | IND PROD 3 | UNICOR PRODUCTION 3 | 05-02-2005 0001 | 05-26-2005 0001 |
| ATW | W HVAC 3 | WEST HVAC SHOP 3 | 05-12-2004 0001 | 05-02-2005 0001 |
| ATW | MEDICAL | HOLD FOR MEDICAL APPOINTMENT | 05-11-2004 0001 | 05-12-2004 0001 |
| ATW | W HVAC 3 | WEST HVAC SHOP 3 | 04-14-2004 0001 | 05-11-2004 0001 |
| ATW | MEDICAL | HOLD FOR MEDICAL APPOINTMENT | 04-13-2004 0001 | 04-14-2004 0001 |
| ATW | W HVAC 3 | WEST HVAC SHOP 3 | 10-22-2003 0001 | 04-13-2004 0001 |
| ATW | E HVAC 3 | EAST HVAC SHOP 3 | 10-04-2003 0001 | 10-22-2003 0001 |

```
   G0002        MORE PAGES TO FOLLOW . . .
```



Charles Ortwery
#57587-097
PO Box 1000
FMC Butner
Butner, NC 27509

RECEIVED
AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal
Mail

NORTHERN DISTRICT OF CALFORNIA
DISTRICT CLERK OF THE COURT
UNITED STATES COURT-HOUSE
PO. BOX 36060
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102-3489

Library
Mail