AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

~~_____~~ CALIF ــــ DISTRICT OF ~~_____~~ NORTHERN

SAN Francisco,

v.   E-filing

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

CV 08  3838  JF

FILED
08 AUG 11 PM 4:__
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

I, Charles Ray BridgeForth, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                                   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 03-06-2007
   $120.00 per month

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                   Yes ☒   No ☐
   e. Any other sources?                                       Yes ☐   No ☒

ORIGINAL

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Aurage of Aprox $50.00 month gift from Daughter.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07-07-2008                    *Charles Bridgeforth*
             (Date)                          Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 775.55 on account to his credit at the  FMC Butner  institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 779.92

_____St. will_____                 Steven Williams
                                           ~~Counselor~~
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____  <br> United States Judge   Date | _____  _____ <br> United States Judge   Date <br> or Magistrate |

*12525-9797*

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $331.15
Last Sales Date: 6/18/2008 12:35:53 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 57587097 | Current Institution: | Butner FCC |
| Inmate Name: | BRIDGEFORTH, CHARLES | Housing Unit: | BUH-D-D |
| Report Date: | 07/09/2008 | Living Quarters: | D04-426LH |
| Report Time: | 9:52:56 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6811 |
| PAC #: | 125259891 |
| FRP Participation Status: | Completed |
| Arrived From: | ATW |
| Transferred To: | |
| Account Creation Date: | 4/2/2002 |
| Local Account Activation Date: | 4/4/2007 6:12:37 AM |
| Sort Codes: | |
| Last Account Update: | 7/5/2008 6:44:55 PM |
| Account Status: | Active |
| Phone Balance: | $19.68 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $775.55 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $775.55 |
| National 6 Months Deposits: | $280.00 |
| National 6 Months Withdrawals: | $263.45 |
| National 6 Months Avg Daily Balance: | $780.10 |
| Local Max. Balance - Prev. 30 Days: | $838.88 |
| Average Balance - Prev. 30 Days: | $803.71 |

RE: APPLICATION TO PROCEED IN FORMA PAUPRIS

Wherefore, The Plaintiff Prays, That This Honorable Judge, Grant This Motion to Proceed in Forma Pauperis, And so Order That The United States Marshalls office, Summons These defendant's IN A Civil Action.

Respectfully Submitted,

This 28th of July 2008.    *Charles Bridgeforth*
                            Charles Bridgeforth