FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

# MOTION FOR APPOINTMENT OF COUNSEL

CV 08 3838 JF

(PR)

Comes Now Charles Ray Bridgeforth, Pursuant to 28 U.S.C. § 1914, And respectfully request of The Court, Grant This Motion For Appointment of Counsel For The Following reasons:

The Plaintiff Will show that he has made A good Faith effort in Contacting Three Attorneys to Seek representation Without Success. (See ATTATHMENT. LETTERS TO ATTORNEYS)

The Plaintiff is Curently incarcerated at Federal Medical Center, Butner, NC. Where he is Sick With Squalous Cell Carcinoma, Cancer, and is undergoing harsh Treatments of Chemotherapy, And Radiation. His health and Treatment Make it A daily Struggle For him To Meet deadlines. The Pain And Suffering he Endures Make it impossible To Focus for Any Length of Time, And his Right Arm is Completely inoperable from Radiation Treatments, That he Must Rely on other Prisoners To do all his Writing For him.

The Complexity of Federal Civil law, and The difficulty in Conducting discovery While incarcerated. The Complex Nature of Issues involved in his Claim, lack of Education, and or literacy that might impair Plaintiff The ability To Prepare A legal Claim, or Time Factors Which Would Prevent Plaintiff from Adequately Preparing his Case.

Wherefore, Plaintiff Prays The Honorable Judge herein, Grant This Plaintiffs Motion For Appointment of Counsel.

This 28th day of, July 2008.

Respectfully Submitted
Charles Bridgeforth
Charles Ray Bridgeforth
#57587-097

August 2007

Dear Charles,

This letter is to thank you for your surveys on conditions in UNICOR factories, and to update you on the issue. Since SVTC began surveying prisoners, after receiving a packet of affidavits from a jailhouse lawyer on the issue, SVTC has received over 95 names and 65 completed surveys, and identified several people who have exhausted their administrative appeals and are ready to sue.

**First, let me update you on new developments since my last letter in February 2007.** In March, Public Employees for Environmental Responsibility—the service organization that assisted BOP employee Leroy Smith in his whistleblowing claims against UNICOR Recycling—posted on its website an announcement of the Prison Legal News article reporting that program head Larry Novicky and current number two man Aaron Aragon had been investigated for fraud in 2000. This information is available on-line at http://peer.org/wordpress/?p=108, where readers can download the investigation report from 2000, the October 2006 report "Toxic Sweatshops", the March 2007 PLN article " 'To Get Stuff and Sell It for As Much As We Can Get': Federal Prison Industries and Electronics Recycling", and access PEER's past press releases on the subject. The text of the PEER announcement is enclosed.

In April, Prison Activist Resource Center sent an email action alert to the general public urging people to pressure the U.S. Senate Appropriations Committee and the Senate Judiciary Committee to question Attorney General Alberto Gonzales about loss of life in UNICOR Recycling. As reported in the PLN article, the 2006 House Judiciary Committee stated that it was aware of reports of toxic exposure in UNICOR Recycling and requested the Attorney General to brief it on the progress of the Inspector General audit into these factories. The Inspector General investigation is ongoing, and I do not know the timeline for completion of their report.

The action alert contained contact information for the White House, the Senate Committee chairmen, the Attorney General, the DOJ Inspector General and his investigator, UNICOR staff from its Board of Directors and national headquarters, down to its factory managers, the head of the prison labor union and its regional vice-presidents. The intent of the action alert was to force awareness of UNICOR's abusive practices under the national spotlight as one more scandal occurring in the Department of Justice. The text of the action alert is enclosed.

In June, several current and former staffers of SVTC and PARC attended the U.S. Social Forum in Atlanta. The U.S. Social Forum was a gathering of grassroots-based social justice organizations dedicated to the motto "Another World Is Possible; Another U.S. Is Necessary." An essay written by former SVTC staffers Gopal Dayaneni and Michael Starkey and Aaron Shuman of PARC, titled "Toxic Prisons", was included in the report "Toxic Wastes and Race at Twenty: 1987-2007", a 160-page report updating the foundational report of the environmental justice movement. At the USSF, Robert Bullard of the Environmental Justice Resource Center hosted a panel on the report and collected

**Fletcher & Fogderude, Inc.**

NORMAN L. FLETCHER  
ERIC K. FOGDERUDE

ATTORNEYS AT LAW  
5412 NORTH PALM AVENUE  
SUITE 101  
FRESNO, CALIFORNIA 93704

TELEPHONE (559) 431-9710  
FAX (559) 431-4108

February 29, 2008

Charles Bridgeforth  
# 57587-097, 4-D  
Federal Medical Center  
PO Box 1600  
Butner, NC   27509

Dear Charles,

   Thank you for your letter of February 25, 2008. I am sorry that I have lost touch with you over the years and I am shocked to learn of your serious illness and how it was contracted.

   I wish I could represent you regarding your claim for injury, but unfortunately this is not an area I practice in. Because I know time is of the essence, I will forward your letter directly to Attorney Catherine Campbell, who has in the past handled cases of this nature. I have no idea if she will be able to represent you or whether she will be able to respond to your letter.

   Therefore, I encourage you to seek referrals from Attonry Couzens and others. As Michael Couzen states in his letter, there are strict deadlines for pursuing such claims and suits and those deadlines are your responsibility.

   I wish you the best under the circumstances.

                              Very truly yours,  
                              FLETCHER & FOGDERUDE, INC.

                              Eric K. Fogderude

EKF/ms  
cc: Catherine Campbell; PO Box 4470; Fresno, CA   93728

**CATHERINE CAMPBELL**
Attorney at Law
State Bar #65103
PO Box 4470 • Fresno, CA 93744
Tel: 559-498-8140 • Fax: 559-221-0268

March 28, 2008

Charles Bridgeforth, #57587-097
Federal Medical Center (Butner)
PO Box 1600
Butner, NC 27509

Dear Mr. Bridgeforth,

    I received your letter of February 25, 2008. For several reasons, I am unable to be of assistance to you. The passage of the Prison Litigation Reform Act (PLRA) in 1996, made it extremely difficult to represent prisoners.

    In addition, I am scaling back my work load with the goal of retirement by May of 2009, so I am not accepting any new cases at this time. Please forgive these restrictions on my practice. I am sorry I am unable to assist you.

With my regards,

*C. Campbell*
Catherine Campbell

CC/vt

Enclosure(s):     1