NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY BRIDGEFORTH,<br>    Plaintiff,<br> vs.<br>K. M. WHITE, et al.,<br>    Defendants. | No. C 08-03838 JF (PR)<br><br>ORDER OF TRANSFER<br><br><br>(Docket Nos. 2, 3 & 5) |

Plaintiff, a federal prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the United States Penitentiary in Atwater, California. Because the acts complained of occurred and most of the Defendants are located in Merced County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b); see also § 1404(a) (allows transfer of a case from one federal district court to another "[f]or the convenience of parties and witnesses, in the interest of justice."). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 1/7/09

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.08\Bridgeforth03838_transfer.wpd